```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/3/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

T - MOBIL LICENSE, et al,                : 08 Civ. 02419 (RJH)

                  Plaintiffs,

     -against-                                      : <u>ORDER</u>

THE TOWN of RAMAPO PLANNING BOARD :
PLANNING BOARD, et al,

                  Defendants.

------------------------------------------------------------x

      A pre-trial conference in the above case is scheduled for October 09, 2009 at 10:30 a.m., in the courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York 10007.

Dated: New York, New York
September 03, 2009
SO ORDERED:

                                                Richard J. Holwell
                                            United States District Judge